## Lambert, Appellant, *v.* Prestileo.

Argued January 4, 1967. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Charles F. Mayer,* for appellant.

*Jacques H. Fox,* with him *Fox & McCurdy,* for appellee.

OPINION PER CURIAM, June 29, 1967:
Decree affirmed. Each party to bear own costs.